# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE   :   NO. 475
MAGISTERIAL DISTRICTS WITHIN THE   :
58th JUDICIAL DISTRICT OF THE   :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 58th Judicial District (Mifflin County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial District 58-3-02 within Mifflin County as it currently exists, to be effective immediately, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 58-3-01 and 58-3-03, within Mifflin County, to be effective October 4, 2022 is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 58-3-01<br>Magisterial District Judge Jack E. Miller | Granville Township<br>Juniata Terrace Borough<br>Lewistown Borough, Wards 1, 2, 3, 4, 5 |
| Magisterial District 58-3-02<br>Magisterial District Judge Jonathan W. Reed | Burnham Borough<br>Decatur Township<br>Derry Township<br>Lewistown Borough, Wards 6, 7 |
| Magisterial District 58-3-03<br>Magisterial District Judge Kent A. Smith | Armagh Township<br>Bratton Township<br>Brown Township<br>Kistler Borough |

McVeytown Borough
Menno Township
Newton Hamilton Borough
Oliver Township
Union Township
Wayne Township